

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00719-CV
04-14-00723-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION D.P.,** As a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3187, 2014-MH-3096
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Contrary to the reporter's statement in her notifications of late record, the reporter's records in these appeals were due October 20, 2014, ten days after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b)(stating that in accelerated appeal, record is due 10 days after notice of appeal is filed). In her notifications of late record, the reporter requests an extension of time to file the records to December 1, 2014 – forty-two days from the original due date. We remind the reporter this is an accelerated appeal. After reviewing the reporter's reason for the requested extension – a damaged computer – we **GRANT** the request and **ORDER** the reporter to file the records in both appeals **on or before December 1, 2014**. The reporter is advised that **NO FURTHER EXTENSIONS OF TIME TO FILE THE RECORDS WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court